# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ARTHUR BALLINGER, IV,

        Plaintiff,

v.                                          CIVIL ACTION NO.  2:11-cv-00461

STATE OF WEST VIRGINIA, et al.,

        Defendants.

### ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** the plaintiff's complaint [Docket 2] without prejudice for failure to prosecute.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This court is not, however, required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  As the parties have not filed objections in this case, the court accepts and

incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations.  The court **DISMISSES** the plaintiff's complaint [Docket 2] without prejudice, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        January 3, 2012

Joseph R. Goodwin, Chief Judge